## JOYCE LATKA *v.* RAYMOND F. LATKA
### (14393)

Dupont, C. J., and Lavery and Spear, Js.

Submitted on briefs January 9—decision released February 13, 1996

*Thomas C. C. Sargent* filed a brief for the appellant (defendant).

*Richard G. Kent* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.